UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARKIENA DESHANE BRADY-DAVIS,

                         Plaintiff,

   v.

MATTHEW D. HARTMAN, et al.,

                         Defendants.

No. 2:23-CV-559-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff has failed to state a claim upon which relief can be granted and leave to amend would be futile. Therefore, this case be dismissed and Plaintiff's Application to Proceed IFP is denied. This dismissal constitutes a "strike" under 28 U.S.C. §1915(g).

**DATED** this <u>26th</u> day of May/2023.

                                                            John H. Chun
                                                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1